**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00555-REB-KMT

MUSCLEPHARM CORPORATION,

    Plaintiff,

v.

LIBERTY INSURANCE UNDERWRITERS, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*. This case is scheduled to commence a five-day jury trial on April 25, 2016. However, due to a conflict on the court's calendar, the matter cannot proceed to trial at that time.

**THEREFORE, IT IS ORDERED** as follows:

1. That the combined Final Pretrial Conference/Trial Preparation Conference set April 8, 2016, is vacated and continued pending further order;

2. That the jury trial set to commence April 25, 2016, is vacated and continued pending further order;

3. That defendant's **Motion To Stay Litigation Pending the Court's Decisions on Pending Summary Judgment Motions and Request for Expedited Consideration Thereof** [#59],[2] filed March 18, 2016, is denied as moot;

4. That on **April 5, 2016**, at 10:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the combined Final Pretrial Conference/Trial Preparation Conference and the trial; and

5. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated: March 21, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.